THOMAS M. FITZPATRICK, Respondent, v. ANNA B. FITZPATRICK, Appellant.— Order in so far as it fixes alimony and counsel fees affirmed, without costs, upon

condition that the case be tried at Special Term during the present month, subject to the consent of the justice presiding; otherwise, the order is reversed on the facts and the motion denied, without costs. We think this case should be speedily tried. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.